**Ralph A. SCEARCE, Plaintiff—Appellant,**

v.

**C.F. WALLACE, Warden; Gary Graham, Director, Medical Services; Paul Ohai, Doctor, Primary Care Physician, Defendants—Appellees.**

No. 07–6806.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 17, 2007.

Ralph A. Scearce, Appellant Pro Se.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph A. Scearce appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scearce v. Wallace,* No. 1:06–cv–1411–CMH (E.D. Va. filed

---

Apr. 19, 2007 & entered Apr. 20, 2007).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We note, however, that to the extent Scearce appeals the denial of injunctive relief, his appeal is rendered moot by his release from

custody. *See Williams v. Griffin,* 952 F.2d 820 (4th Cir.1991).